UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COGAN, J.    ORIGINAL

THEADORE BLACK

PLAINTIFF,    CV 16    2320

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

BROOKLYN OFFICE

-against-

PAROLE OFFICER Dominique Petitinato
PO Petitinato's partner of 9-29-2015
Senior PO Linda Jefferies    NYS DIVISION OF PAROLE
all parole officers that took part of this petitioners wifes home
search on 9-29-2015
Police Officer Damico, Police Officer Santana(Santiago) Lt. DOYLE
and all other Police Officers and Parole Officers that took part
in the Searach OF THIS PLAINTIFFS WIFES HOME ON #9-29-2015
           Defendants.

## FIRST CAUSE OF ACTION
THE SEARCH OF MY WIFES HOME WAS CONDUCTED BY THE POLICE AND PAROLE ON 9-29-15 WAS IN VIOLATION OF MY CONSTITUTIONAL RIGHTS

## SECOND CAUSE OF ACTION
THE POLICE DID NOT HAVE A SEARCH WARRANT

## THIRD CAUSE OF ACTION
THE PAROLE OFFICERS DID NOT HAVE A SEARCH WARRANT

### 4th
AT THE TIME OF THE SEARCH THIS PLAINTIFF WAS NOT IN VIOLATION OF ANY RULES OF HIS PAROLE CONDITIONS

### 5th
AT THE TIME OF THE SEARCH THIS PLAINTIFF WAS NOT IN VIOLATIOON OF ANY LAWS

### 6th
AT THE TIME THAT DEFENDANTS CONDUCTED THEIR SEARCH THIS PLAINTIFF WAS NOT IN VIOLATION OF ANY STATE,CITY,NOR COUNTY RULES REGULATIONS OR ORDANCES

### 7th
AT THE TIME DEFENDANTS CONDUCTED THEIR SEARCH THIS PLAINTIFF WAS AT HOME SLEEPIN IN BED WITH HIS WIFE AT HER HOME

### 8th
THIS PLAINTIFF DID NOT LET THE LAW OFFICERS INTO HIS WIFES HOME

### 9th
THE DEFENDANTS GAINED ENTRANCE INTO PLAINTIFFS WIFES HOME BY THREATENING HIS VISITING MOTHER IN LAW WITH THE THREAT OF BREAKING DOWN THE DOOR IF SHE DID NOT LET THEM IN

### 10th
THE DEFENDANTS DID NOT HAVE AN ARREST WARRANT
~~THERE WERE NO EXIGENT CIRCUMSTANCES INVOLVED~~

### 11th
THERE WERE NO EXIGENT CIRCUMSTANCES INVOLVED

### 12th
THE SEARCH CONDUCTED BY DEFENDANTS WAS A PART OF A POLICE INVESTIGATION TO FIND OUT WHOS WAS SELLING THE DRUGS AND GUNS IN PLAINTIFFS WIFES BUILDING

### 13th
THIS PLAINTIFF DID NOT CONSENT TO THE SEARCH OF HIS WIFES HOME

### 14th
THIS PLAINTIFFS WIFE DID NOT CONSENT TO THE SEARCH

### 15th
PLAINTIFF AND HIS WIFE WERE NOT ASKED FOR OUR CONSENT TO SEARCH

### 16th
DEFENDANTS CONDUCTED THEIR SEARCH OVER THE PROTESTS OF THIS PLAINTIFF AND HIS WIFE

1...

## CAUSE OF ACTION

17...

DEFENDANTS SEARACHED THIS PLAINTIFFS WIFES WHOLE HOME INCLUDING OUR 8 YEAR OLD SONS ROOM

DEFENDANTS TOOK PICTURES OF MY WIFES HOME WITHOUT HER CONSENT

DEFENDANTS TOOK PICTURES OF PLAINTIFFS WIFE PARTIALLY NUDE WITHOUT HER CONSENT

DEFENDANTS WOULD NOT ALLOW PLAINTIFFS WIFES TO ####PUT HER CLOTHES ON

DEFENDANTS TOLD PLAINTIFFS WIFE THAT THEY WOULD "BE BACK" IN A THREATENING MANNER

DEFENDANTS REMOVED PROPERTY FROM PLAINTIFFS WIFES HOME WITHOUT CONSENT

DEFENDANTS WERE IN VIOLATION OF THE PAROLE MANUAL

DEFENDANTS WERE IN VIOLATION OF THE PAROLE HANDBOOK

DEFENDANTS WERE IN VIOLATION OF THE COURTS RULINGS IN REGARDS TO THE SEARCHING OF PAROLEES ####RESIDENCES

DEFENDANTS WERE IN VIOLATION OF THE COURTS RULINGS IN REGARDS TO "HOME VISITS"

DEFENDANTS CONDUCT WHILST IN MY WIFES HOME ON 9-29-2015 CONSTITUTED ACTS OF ##########HARSSMENT

DEFENDANTS CONDUCT WHILST CONDUCTING THE SEARCH OF 9-29-2015 CONSTITUTED ACTS OF MENACING

DEFENDANTS CONDUCT WHILST IN MY ####WIFES## HOME ON 9-29-2015 VIOLATED MY CONSTITUTIONAL RIGHTS

DEFENDANTS CONDUCT WHILST IN MY WIFES HOME ON 9-29-2015 VIOLATED MY WIFES CONSTITUTIONAL RIGHTS

DEFENDANTS HAD THIS PLAINTIFF HANDCUFFED IN THE PRESENCE OF MY 8 YEAR OLD CHILD

DEFENDANTS ACTS OF HOSTILITY, HARASSMENT AND MENACING TOOK PLACE IN FRONT OF THIS PLAINTIFFS 8 YEAR OLD CHILD

## CAUSES OF ACTION

DEFENDANTS CONDUCT OF HOSTILITY, HARASSMENT AND MENACING IN THE PRESENCE OF PLAINTIFFS 8 YEAR OLD CHILD CONSTITUTED THE ACT OF ENDANGERING THE MENTAL HEALTH AND WELL BEING OF A MINOR

SENOR PAROLE OFFICERS FAILED TO CONDUCT THEMSELVES IN A SUPERVISORY CAPACITY

SENIOR POLICE OFFICERS FAILED TO CONDUCT THEMSELVES IN A SUPERVISORY CAPACITY

DEFENDANTS FILED FALSE ARREST NOTIFICATION REPORT AGAINST THIS PLAINTIFF

DEFENDANT PETITINATO LIED UNDER OATH AT A LEGAL PROCEEDING STATING THAT THIS PLAINTIFF CONFESSED TO A CRIMINAL ###### ACT

DEFENDANT PETTINATO FILED A FALSE AFFIDAVIT AGAINST THIS PETITINER

DEFENDANTS CONDUCT CONSTITUTED ACTS OF CONSPIRICY TO DEPRIVE THIS PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS

DEFENDANT PETITINATO AND HER PARTNER CONDUCTED THE SEARCH IN AN ACT OF ####### RETALIATION AGAINST PLAINTIFF FOR HIS COMPLAINT LODGED ABOUT THEM COMING TO ## PLAINTIFFS WIFES HOME WITH THEIR GUNS AND VEST ON DISPLAY IN FRONT OF THIS PLAINTIFFS 8 YEAR OLD CHILD

DEFENDANT PETITINATO TOLD PLAINTIFF THAT THEY WOULD CONTINUE TO HAVE THEIR GUNS AND VESTS ON DISPLAY IN FRONT OF PLAINTIFFS 8 YEAR OLD CHILD WHETHER THIS DISPLAY WAS ################### SCARING THE CHILD OR NOT

ON FEBRUARY 18,2016 #THE CRIMINAL CHARGES THAT DEFENDANTS HAD LODGED AGAINST THIS PLAINTIFF WERE DISMISSED IN CRIMINAL COURT FOR "FACIAL INSUFFICIANCY"

PLAINTIFF SPENT FROM SEPTEMBER 30 til FEBRUARY 18,2016 on Riker Island

THIS PLAINTIFF WAS FALSELY ARRESTED BY DEFENDANTS NEW YORK CITY POLICE DEPARTMENT 75th PRECIENT

THE PROSECUTION WAS MALICIOUS AND THE IMPRISONMENT WAS ILLEGAL

THE PLAINTIFF WAS FALSELY ARRESTED AND MALICISOULY PROSECUTED AND FORCED TO BE IN COURT AT LEAST 10 TIMES OVER A PEROID OF 5 MONTHS

THESE VIOLATIONS TOOK PLACE EEVEN THOUGH DEFENDANTS KNEW THERE WAS NO MERIT TO THE CONTINUANCE OF THE PROSECUTION AND SUCH PROSECUTION WAS MALICIOUS AND THE IMPRISONMENT WAS ILLEGAL

## DAMAGES

RELIEF: THE PLAINTIFF SEEKS RELIEF IN THE FOLLOWING MANNER:

10,000 dollars PER EACH DAY OF FALSE IMPRISONMENT

3 MILLION DOLLARS IN COMPENSATORY DAMAGES

3 MILLION DOLLARS IN PUNITIVE DAMAGES

THE PLAINTIFF PRAYS THIS HONORABLE COURT GRANTS SUCH DAMAGES AGAINST DEFENDANTS FOR THE VIOLATIN OF THE CIVIL RIGHTS OF HISSELF AND HIS FAMILY

3...

## FURTHER RELIEF

THIS PLAINTIFF FURTHER REQUESTS THIS HONORABLE COURT TO ISSUE A TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS IN REGARDS TO THEIR CONTACT WITH THIS PLAINTIFF AND HIS FAMILY

THIS PLAINTIFF REQUESTS THIS HONORABLE COURT TO ISSUE AN INJUCTION AGAINST DEFENDANTS FROM PROSECUTING THIS PLAINTIFF IN REGARDS TO THIS MATTER IN LIGHT OF THE FACT THAT THE CRIMINAL CHARGES WERE DISMISSED

"ANY ACTS OF RETALIATION BY DEFENDANTS AGAINST THIS PLAINTIFFS FAMILY OR THIS PLAINTIFF HIMSELF IS IN VIOLATION OF THIS PLAINTIFF AND HIS FAMILIES CIVIL RIGHTS AND IS ACTIONABLE UNDER "28 U.S.C. 1983" AND IS SUBJECT TO REQUEST FOR FURTHER DAMAGES AND RELIEF"