UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Theadore Black,
    Plaintiff,

ORDER
16-CV-2320(BMC)
AMENDED COMPLAINT

-against-

Parole Officer Dominique Petitinato, et al;
    Defendants

STRICKEN

RECEIVED DEC 1 2 2016 PRO SE OFFICE

Plaintiff T. Black does hereby respond to this Courts order granting him permission to amend his complaint.

This order was received by the NYS Dept. of Corrections & Community Supervision on Nov. 16, 2016 and was hand delivered to Plaintiff Black by Parole Officer Tanya Green of Brooklyn 5 area on December 5, 2016 thus Black responds:

1. On March 8, 2016 Plaintiff Black went to sick call and showed Dr. Kurtz and Dr. Jane Doe of C-76 EMTC the abcesses on his left arm

2. Both Dr. Kurtz and Dr. Jane Doe refused to provide any medical treatment for Plaintiff Blacks arm

P. 2
Amended Complaint

3. This plaintiff saw Dr. Cooper at sick call and she refused to provide treatment for the abcesses on my left arm.

4. Dr. Cooper at sick call refused to provide treatment for the pain in my feet; the rash on my buttocks and my split lips.

5. All defendants were aware of this plaintiffs ailments as well as his diabetic condition but all failed to provide medical treatment.

6. This plaintiff filed grievances at EMTC about these medical issues.

Brooklyn N.Y.
Dec. 2016

T. Black    Apt. 410
Mr. Theadore Black(s)
683 Barbey Street
Brooklyn N.Y. 11207

7. (As per prior complaint;) I saw defendant Goldberg at Rikens Island West Facility about the pain in my feet but he denied me supportive footwear.

8. Defendant Goldberg failed to inform EMTC (C-76) of plaintiffs need for supportive footwear.

9. Defendants failed to provide plaintiff with supportive footwear all the time he was in EMTC.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 1 2 2016 ★
BROOKLYN OFFICE

DEC, 2016

Court Clerk,                    16-CV-2320 (BMC)(RLM)

I, MR. T. BLACK(s) Am Hereby Sending You My Amended Complaint In The Matter of T. Black V. PO D. Petritinato Et Al 16-CV-2320 for Processing In The Medical Aspect of This Complaint. All # Defendants Name In This Medical Part Have Not Been Serviced As of This Date

T. Black
T. Black(s)  Apt. 4
683 Barbey St
Brooklyn N.Y. 11207

MR. T. BLACK(s)
683 BARBEY ST.
BROOKLYN N.Y. 11207

08 DEC 2016 PM 11 L

Clerk
U.S. Dist. Court
Eastern Dist. of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 12 2016 ★
BROOKLYN OFFICE